JS-6

FILED
CLERK, U.S. DISTRICT COURT
1/9/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:17-CV-07477-WDK-E |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| AIDA VALLADARES-MORALES, | |
| Defendant. | |

Pursuant to the stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, AIDA VALLADARES-MORALES, in the total amount of $24,688.77.

Dated: January 9, 2018

KIRY K. GRAY, CLERK
United States District Court
Central District of California

*Cheryl Wynn*
By: Deputy Clerk

1